IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA ACOSTA,

    Plaintiff,

vs.                               No. CV 13-750 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

    Defendant.

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, **I FIND** that the Motion is well-taken;

**IT IS THEREFORE ORDERED** that:

1.  Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **May 6, 2014**;

2. Defendant shall file a Response no later than **July 1, 2014**; and

3. Plaintiff may file a Reply no later than **July 22, 2014**.

4.  All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.

5. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                        _____
                                        STEPHAN M. VIDMAR
                                        UNITED STATES MAGISTRATE JUDGE
                                        **Presiding by Consent**

**Submitted by**:

  s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff

**Approved by email
on April 24, 2014, by**:

Manny Lucero
Attorney for Commissioner