# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SANDRA ACOSTA,

           **Plaintiff,**

vs.                          Civil No.   13-750 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

           **Defendant.**

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Dismiss, Defendant having no objection, and the Court being fully advised FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Dismiss is hereby granted, and Plaintiff's Complaint is hereby dismissed with prejudice.

                                                    _____
                                                 The Honorable Stephan M. Vidmar
                                                 U.S. MAGISTRATE JUDGE

SUBMITTED:

_____/s/_____
Michael D. Armstrong
Attorney for Plaintiff


APPROVED AS TO FORM:

Email Approval 5/5/14
Manuel Lucero,
Assistant U.S. Attorney